Rel: June 7, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0513

Ashley Brown, as personal representative of the Estate of Richard Kent, deceased v. Clay Harper, M.D. (Appeal from Lee Circuit Court: CV-17-900552).

WISE, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Sellers, Stewart, and Cook, JJ., concur.